United States District Court
Southern District of Texas
**ENTERED**
May 26, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| COMPASS BANK,<br>    Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 5:15-cv-42 |
| MICHEL GAUCHER,<br>    Defendant. | § § § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT MICHEL GAUCHER

After considering Plaintiff Compass Bank's and Defendant Michel Gaucher's Joint Stipulation for Voluntary Dismissal without prejudice as to Compass Bank's claims asserted against Michel Gaucher (the "**Stipulation**") (Dkt. 22), the Court GRANTS the Stipulation and dismisses the case without prejudice.

IT IS SO ORDERED.

SIGNED this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE